# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JAMES A. HOGUE

(Name and Address of Defendant)

**FILED**
NOV 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**

CASE NUMBER: 07CR 753

MAGISTRATE JUDGE NOLAN

I, Task Force Officer Kevin M. Pietruszka, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about October 31, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, defendant: JAMES HOGUE

did, by force and violence, and by intimidation, take from the person and presence of another, approximately $9,425 in United States Currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, the North Community Bank at 2335 N. Clark Street, Chicago, Illinois, whose deposits were insured by the Federal Deposit Insurance Corporation, in violation of Title 18 United States Code, Section 2113(a).

I further state that I am a Task Force Officer, assigned with the Federal Bureau of Investigation and that this complaint is based on the following facts:

PLEASE SEE ATTACHED.

Continued on the attached sheet and made a part hereof:  X  Yes  ___ No

_____
Kevin M. Pietruszka, Task Force Officer
Assigned to Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

November 15, 2007                    at           Chicago, Illinois
Date                                                         City and State

Nan R. Nolan, U.S. Magistrate Judge           _____
Name & Title of Judicial Officer                      Signature of Judicial Officer

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

I, Kevin M. Pietruzska, being duly sworn, depose and state:

1.  I am a Detective with the Chicago Police Department, assigned with the Federal Bureau Investigation (FBI) and have been for approximately thirteen months. I am assigned to the FBI's Violent Crimes Task Force, conducting investigations of bank robberies, kidnaping, extortion and other violent crimes.

2.  This Affidavit is in support of a complaint charging James A. Hogue ("HOGUE") with bank robbery in violation of Title 18 U.S.C. Section 2113(a). The information in this Affidavit is based on my own investigation as well as on information I have compiled and received from other sources. This affidavit does not contain all the details of the information known to me regarding the events described herein.

### October 31, 2007 Robbery of North Community Bank

4.  On October 31, 2007 at approximately 9:30 a.m., North Community Bank, (the "Bank"), which was then federally insured by the Federal Deposit Insurance Corporation, located at 2335 North Clark Street, Chicago, Illinois, was robbed by one Caucasian male. Approximately, $9,425 in United States Currency ("USC") was taken from the Bank.

5.  According to witness statements, one Caucasian male (hereinafter, "Robber"), approximately 5'11" with a slight or skinny build and wearing a white hockey mask, dark hooded sweatshirt, dark pants, tennis shoes with duct tape wrapped around the toes and thin black winter gloves ran into the Bank. The Robber jumped over the teller counter, ordered the bank employees

to the ground, and ordered a Bank customer: "don't move, stay there." The Robber then took $9,425 from two separate teller drawers, placed it in a plastic bag, jumped over the teller counter, placed the plastic bag in the front of his pants, and walked out of the Bank.

6. Upon departing the Bank, the Robber was observed heading south on Clark Street and entering an alley, where he had parked a bicycle he used to travel to the Bank. The bicycle was locked with a cable lock to a railing on the north side of the alley. The Robber unlocked the bicycle and threw the cable lock to the ground of the alley and began riding east bound through the alley. At that point, Individual A observed the Robber riding east bound through the alley. While riding the bicycle, the Robber pointed a knife at Individual A and stated, "don't even try anything." While riding through the alley, the Robber dropped the white hockey mask he was wearing.

### Identification of James A. Hogue as the Bank Robber

7. At approximately 9:40 a.m. on October 31, 2007, the FBI conducted a search of the alley and discovered a cable lock, a white hockey mask, a baseball cap with the name "Shag Dog" written on the inside and a Camelbak Mule backpack containing a cable, a bicycle lube bottle, a red Wrench Force Multi-Tool. All of the aforementioned items were in new condition, with the exception of the cable lock found on the ground of the alley.

8. Through the FBI's investigation, it was concluded that the red Wrench Force Multi-Tool is only sold at two bicycle shops in close proximately to the Bank. One of the shops was the Village Cycle Center located at 1337 North Wells Street, Chicago, Illinois. On or about November 2, 2007, the FBI interviewed an employee of the Village Cycle Center who remembered the sale of the Camelbak Mule backpack, which is a high-end item. A copy of the sales receipt obtained from Village Cycle Center, dated October 24, 2007 shows the purchase of a Camelback Mule backpack

as well as the same model of bicycle cable recovered from the bank robbery, and a pair of thin dark winter gloves (not recovered). Video surveillance from the store shows the customer that bought the items resembled the bank robber, a Caucasian male with a slight build. The store employee was asked to contact the FBI if the customer returned to the shop.

9. On November 12, 2007, the same bicycle shop employee who sold the Camelbak Mule and other items on or about October 24, 2007 and who met with the FBI on November 2, 2007, contacted the FBI to report that the customer who purchased the items on or about October 24, 2007 returned to the Village Cycle Center to have his bicycle repaired. The customer left his bicycle to be repaired, giving his name and contact information to the store. The customer identified himself as James Hogue. The employee asked Hogue how he liked the Camelbak Mule, referring to the earlier sale, and Hogue reported that he liked it but did not use it very often.

10. A review of Village Cycle Center records indicate a "James Hogue" purchased a bicycle and other items on or about October 17, 2007, giving the store a 105 South Ashland, Chicago, Illinois address. These records also indicate that on or about November 5, 2007, a "James Hogue" made another purchase at Village Cycle Center, giving an address of 917 Bluebell Circle, Chicago, Illinois as his home address.

11. The FBI is aware that 105 South Ashland is a contracted Federal Bureau of Prisons housing facility.

12. A query of Illinois Secretary of State records located a photo identification in the name of James A Hogue, 917 Bluebell Circle, Joliet, Illinois, date of birth May 15, 1970. This photo was shown to the Village Cycle Center employee, as part of a photo-spread, who confirmed that it was the person who made the above-described purchases.

13. A query of criminal records in the name of James Hogue, date of birth May 15, 1970 indicate Hogue received a sentence of 151 months for bank robbery. It was determined that Hogue is currently a Bureau of Prison inmate. The criminal record also shows Hogue using the alias of Shaggy Hogue, which coincides with the name "Shag Dog" handwritten inside the baseball cap recovered at the scene of the October 31, 2007 bank robbery.

14. On November 12, 2007, an FBI agent contacted the Program Supervisor of the Salvation Army Correctional Services Program, 105 South Ashland, Chicago, Illinois regarding Hogue. Hogue became a resident of the facility on September 6, 2007, to finish his term of incarceration for bank robbery. The facility's records show Hogue received authorization to leave the center on October 31, 2007.

15. At the time of the bank robbery, the deposits of the North Community Bank, 2335 North Clark Street, Chicago, Illinois, were insured by the Federal Deposit Insurance Corporation.

### Hogue's Post-Arrest Confession

16. On November 14, 2007, Hogue was interviewed by FBI Agents. After being advised of his *Miranda* rights, which he waived, Hogue agreed to be interviewed. Hogue spoke to the FBI Agents and signed a written statement, in which he admitted to his involvement in the robbery of North Community Bank on October 31, 2007. Hogue provided specific details of the robbery that match the witnesses' statements. For example, Hogue accurately described running into the Bank, jumping over the teller's counter, taking USC from teller drawers, placing the USC in a plastic bag, wearing a white hockey mask, riding his bicycle through the alley adjacent to the Bank and flashing a knife at Individual A.

17. Hogue also confessed to three additional bank robberies that were being investigated

by the FBI.. Specifically, Hogue stated that he robbed a North Community Bank, located on 2000 North Halsted, Chicago, Illinois, on October 15, 2007. Hogue also confessed to robbing a North Community Bank, located at 1561 N. Wells, Chicago, Illinois on October 22, 2007. Hogue also confessed to robbing a North Community Bank, located on 2335 N. Clark Street, Chicago, Illinois on October 24, 2007.

18. FBI investigations showed that there were robberies at those three North Community Banks on the days that Hogue identified and that Hogue accurately identified the approximate amount of money take during those robberies.

19. Based on the foregoing, I believe there exists probable cause to believe that HOGUE, by force and violence, and by intimidation, took from the person and presence of another money belonging to and in the care, custody, control, management, and possession of North Community Bank, Chicago, Illinois, a federally insured institutions, in violation of Title 18, United States Code, Sections 2113(a).

FURTHER AFFIANT SAYETH NOT.

_____
Kevin M. Pietruszka
Task Force Officer
Assigned to Federal Bureau of Investigation


Sworn to before me and subscribed in my presence
this 15th day of November 2007.

_____
United States Magistrate Judge
Nan R. Nolan