# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 753 - 1 | **DATE** | 11/15/2007 |
| **CASE TITLE** | USA vs. James A Hogue | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant James A Hogue appears in response to arrest on 11/15/07. Defendant informed of his rights. Enter order appointing Michael J Falconer of the Federal Defender Program as counsel for defendant. Government moves for pretrial detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Defendant informs the Court that he is currently taking daily doses of **Lithium & Zyprexal.** The U.S.M.S. is directed to advise the M.C.C. that defendant is to see a medical physician forthwith. Defendant is hereby remanded into federal custody.

Docketing to mail notices.

00:10

3ccUSM

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|