FILED
DEC 1 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE ANDERSEN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 07 CR 753 |
| | ) Violation: Title 18, United |
| JAMES A. HOGUE | ) States Code, Section 2113(a) |

### COUNT ONE

MAGISTRATE JUDGE NOLAN

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about October 15, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

JAMES A. HOGUE,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $948 in United States currency belonging to, and in the care, custody, control, management, and possession of the North Community Bank located at 2000 N. Halsted Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about October 22, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

JAMES A. HOGUE,

defendant herein, by force and violence, and by intimidation, did take from the person and presence a bank employee approximately $1,608 in United States currency belonging to, and in the care, custody, control, management, and possession of the North Community Bank located at 1561 N. Wells Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## **COUNT THREE**

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about October 24, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

JAMES A. HOGUE,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $3,075 in United States currency belonging to, and in the care, custody, control, management, and possession of the North Community Bank located at 2335 N. Clark Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT FOUR

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about October 31, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

JAMES A. HOGUE,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of bank employees approximately $9,425 in United States currency belonging to, and in the care, custody, control, management, and possession of the North Community Bank located at 2335 N. Clark Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY