Felony NF

FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 1 2 2007

MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

## JUDGE ANDERSEN

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐   YES X   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   07 CR 753, United States of America v. James A. Hogue   NOLAN

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   **MAGISTRATE JUDGE NOLAN**

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO X   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide . . . . . . . . . . (II)
   ☐ Criminal Antitrust . . . . . . (II)
   X Bank robbery . . . . . . . . . (II)
   ☐ Post Office Robbery . . . . (II)
   ☐ Other Robbery . . . . . . . (II)
   ☐ Assault . . . . . . . . . . . (III)
   ☐ Burglary . . . . . . . . . . (IV)
   ☐ Larceny and Theft . . . . . (IV)
   ☐ Postal Embezzlement . . . . (IV)
   ☐ Other Embezzlement . . . . (III)

   ☐ Income Tax Fraud . . . . . . (II)
   ☐ Postal Fraud . . . . . . . . (II)
   ☐ Other Fraud . . . . . . . . (III)
   ☐ Auto Theft . . . . . . . . . (IV)
   ☐ Transporting Forged Securities (III)
   ☐ Forgery . . . . . . . . . . . (III)
   ☐ Counterfeiting . . . . . . . (III)
   ☐ Sex Offenses . . . . . . . . (II)
   ☐ DAPCA Marijuana . . . . (III)
   ☐ DAPCA Narcotics . . . . . (III)

   ☐ DAPCA Controlled Substances (III)
   ☐ Miscellaneous General Offenses (IV)
      Immigration Laws . . . . . (IV)
   ☐ Liquor, Internal Revenue Laws (IV)
   ☐ Food & Drug Laws . . . . . (IV)
   ☐ Motor Carrier Act . . . . . (IV)
   ☐ Selective Service Act . . . (IV)
   ☐ Obscene Mail . . . . . . . (III)
   ☐ Other Federal Statutes . . . (III)
   ☐ Transfer of Probation Jurisdiction (V)

10) List the statute of each of the offenses charged in the indictment or information.
    . . . . . . 18 USC 2113 (4 counts)

    _____
    Faris J. Hussein
    Assistant United States Attorney

(Revised 12/99)