Minute Order Form (rev. 4/99)

07 GJ 1123

NF

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 0753 | **DATE** | DECEMBER 12, 2007 |
| **CASE TITLE** | US v. JAMES A. HOGUE | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL MARCH 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

**Docket Entry:**

NO BOND SET, DETAINED BY MAGISTRATE.

**JUDGE ANDERSEN**

**MAGISTRATE JUDGE NOLAN**

# FILED
DEC 1 2 2007   NF

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE                  ONLY IF FILED
OR MAGISTRATE JUDGE                 UNDER SEAL

- No notices required, advised in open court.
- No notices required
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials
Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#