## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 753 - 1 | **DATE** | 12/19/2007 |
| **CASE TITLE** | USA vs. James A. Hogue | | |

**DOCKET ENTRY TEXT**

Arraignment proceedings held. Defendant informed of his rights Defendant waives formal reading of the Indictment. Defendant enters a plea of not guilty. Rule 16 conference to be conducted by 01/07/08. Pretrial motions to be filed by 01/22/08. Status hearing before Judge Andersen is set for 02/07/08 at 10:00 a.m. Enter excludable time from 12/19/07 to and including 02/07/08. (X-E)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|