UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 07 CR 753 |
| | ) | |
| | ) | Judge Anderson |
| | ) | |
| JAMES A. HOGUE | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on February 28, 2008 at 10 a.m. I will appear before Judge Anderson in the court room usually occupied by him [Room 1406] in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois or before such other judge who may be sitting in his place and then and there present <u>EX-PARTE MOTION FOR THE APPOINTMENT UNDER THE CRIMINAL JUSTICE ACT OF DOCTOR BERNARD RUBIN</u>, attached.

_____
MICHAEL J. FALCONER

### PROOF OF SERVICE BY ECF

The undersigned attorney certifies that a copy of the foregoing pleading was served upon the person to whom it is above directed by by the ECF system on February 27, 2008

_____
MICHAEL J. FALCONER

Michael J. Falconer
35 East Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 236-7177