UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 07 CR 753 |
| | ) | |
| | ) | Judge Anderson |
| | ) | |
| JAMES A. HOGUE | ) | |

## EX-PARTE MOTION FOR THE APPOINTMENT UNDER THE CRIMINAL JUSTICE ACT OF DOCTOR BERNARD RUBIN

James Hogue, by attorney Michael J. Falconer, moves for the appointment of Dr.JBernard Rubin as a defense expert, pursuant to provision xii(a)(1) of the Plan of the United States District Court for the Northern District of Illinois pursuant to the Criminal Justice Act. In support he states:

1. Defendant Hogue was previously found to be indigent by this Court and thus is unable to afford the services of an psychiatrist.

2. Defendant, through counsel, has identified area of concern that need to be examined by psychiatric and psychological experts.

3. Defense counsel has contacted Berbard Rubin who is willing, with his colleagues, to provide the necessary examinations. A copy Dr.Rubin's qualifications is attached.

4. Dr. Rubin expects that the budget for this work will be approximately $4,000. to include diagnostic interviews and record

review.

5.   Attached to this motion is a CJA 21 authorization and court order.

6.   Defendant, by counsel, requests that this court appoint Dr. Bernard Rubin as an expert under the Criminal Justice Act with a court approved fee cap of $4,500. If additional investigative services are required which would exceed this cap, counsel will file a new motion requesting approval of additional payments.

Respectfully submitted,

/s/ Michael James Falconer

Michael Falconer, an attorney for James Hogue