# CURRICULUM VITAE

**Bernard Rubin**
**180 North Michigan Avenue, Suite 2409**
**Chicago, Illinois 60601-7401**
**312-346-4778**
**Fax 312-440-1352**

Private Practice:  psychiatry and psychoanalysis
Licensure:  Illinois #36-033103

## Current Appointments

Lecturer, Department of Psychiatry, Rush University Medical Center, Chicago
Training and Supervising Analyst Emeritus, Chicago Institute for Psychoanalysis
Lecturer, Chicago Institute for Psychoanalysis

## Education and Degrees

1949  Ph.B.  University of Chicago
1953  M.D.  University of Chicago, School of Medicine

## Post-Graduate Training

1953-4  Rotating Internship, University of Illinois, R&E Hospitals
1954-7  Psychiatric residency, Michael Reese Medical Center, Chicago
1959-64 Candidate, Chicago Institute for Psychoanalysis

## Board Certification

1954  Diplomate, National Board of Medical Examiners
1961  Psychiatry, American Board of Psychiatry and Neurology
1970  Psychoanalysis, American Psychoanalytic Association

## Current Memberships

American Psychiatric Association, Distinguished Life Fellow
American Psychoanalytic Association
l'Association des Amis des Etats Generaux de la Psychanalyse

American Association for the Advancement of Science

Illinois Psychiatric Society

Other Appointments and Memberships

Chairman, Unit Administrators, Michael Reese Hospital, Department of Psychiatry, 1961-1964.

Zone Director, State of Illinois Department of Mental Health, 1964-1969.

Harvard University Medical School, Inter-University Forum for Education in Community Psychiatry, University of Vermont, Burlington, 1967-1971.

Chairman, Cook County Interagency Planning Committee for Children and Adolescents, 1968-69.

Chairman, Illinois Department of Mental Health, Task Force on Aftercare, 1968-1969.

Consultant, State of Illinois, Council for the Diagnosis and Treatment of Criminal Defendants, 1968-1971.

Consultant, Illinois Department of Corrections, Law Enforcement Assistance Administration, Planning for Treatment of Repetitively Violent Offenders, 1973-1974.

Associate Professor, University of Chicago Department of Psychiatry, 1969-1973.

Chief, Inpatient and Day Treatment Services, University of Chicago Department of Psychiatry, 1969-1973.

Co-Chairman, Committee on Civil Liberties, Illinois Psychiatric Society, 1973-1974.

Joint Ad-Hoc Committee on Confidentiality, American Psychoanalytic Association, 1974-1975.

Governor's Commission for Revision of the Mental Health Code of the State of Illinois, 1973-1977.

Visiting Faculty, Northwestern University Law School, 1977-1979.

Professorial Lecturer, University of Chicago Law School, 1967-1979.

Committee on Psychiatry and the Law, American Psychiatric Association 1974-1977.

Counselor, Illinois Psychiatric Society, 1976-1978.

Center for Studies in Criminal Justice, Research Consultant, University of Chicago Law School, 1974-1979.

Committee on Community Psychoanalysis, American Psychoanalytic Association, 1975-1980.

National Prison Project, Expert Witness and Consultant, examining prisoners awaiting execution in Alabama, 1979.

United States Department of Justice, Expert Witness and Consultant, examining prisoners awaiting execution in Georgia, 1981.

Issac Ray Award Board, American Psychiatric Association, 1977-1982.

Senior Attending Psychiatrist, Michael Reese Medical Center, Chicago, 1982-1992.

Peer Review Panel, Chicago Psychoanalytic Society, 1988.

Progression Committee, Institute for Psychoanalysis, 1989-1991, 1999-2000.

Co-Editor, International Journal of Psychoanalysis, North America, 1994-2001.

Geographic Committee, Institute for Psychoanalysis, Chair 1991-1994; member 1995-1998.

Organizing Committee for Minneapolis Psychoanalytic Institute, 1996-1997.

Ethics and Confidentiality Committee, Institute for Psychoanalysis, 1981-1987. Chair 1989-1992; 1995-1997

Admissions Committee, Institute for Psychoanalysis, Chicago, 1996-1999.

Subcommittee on Ethics Revision of Joint Committee on Ethics, American Psychoanalytic Association, 1994-1999. Author, "Proposed Principles and Standards of Revised Code of Ethics."

Faculty, Institute for Psychoanalysis, Chicago, 1986-2000.

Faculty, University of Chicago, Department of Psychiatry, 1969-2002

Cavanaugh and Associates, 2002-2003

Publications

*Book Chapters*

"The Prediction of Dangerousness in Mentally Ill Criminals," *Arch. Gen. Psychiat.*, 27:397-407, 1975. Reprinted as chapter in Violence and Victims, S.A. Pasternak, ed. (New York: Spectrum, 1975), pp. 15-40.

"Psychiatry and the Law," in Handbook of Psychiatry, D.X. Freedman and J.E. Dyrud, eds., Vol. V (New York: Basic Books,1975), pp. 853-989

"Freud and Hoffmann: 'The Sandman'," chapter in Introducing Psychoanalytic Theory, Sander Gilman, ed., (New York: Brunner/Mazel, 1982, pp. 205-217.

"The Case of Frau Doktor K: A Lacanian Psychosis," in Semiotic Perspectives on Clinical Theory and Practice, Bonnie Litowitz and Phillip S. Epstein, eds., (Berlin and New York: Mouton de Gruyter, 1991), pp. 181-197.

*Articles Peer Reviewed*

"The Old Timers' Club," with S. Eisen, A.M.A. *Archives of Neurology and Psychiatry*, 79:113-121, 1958.

"An Investigation of Openness in Psychiatric Hospitals," with A. Goldberg, *Arch. General Psychiatry*, 8:269-276, 1963.

"Recovery of Patients During Periods of Supposed Neglect," with A. Goldberg, British J. *Medical Psychology*, 37:266-272, 1964.

"Psychological Aspects of Human Artificial Insemination," *Archives of General Psychiatry*, 13:121-132, 1965.

"Community Psychiatry: an Evolutionary Change in Medical Psychology in the United States," *Archives General Psychiatry*, 20:497-507,1969.

"A Method of Pacification of the Psychotic Excited State: the Use of the Hospital as a Transitional Object," with A. Goldberg, *Comprehensive Psychiatry*, 11:450-456 (September),1970.

"Community Psychiatry in the Decade of the 70's," *Current Medical Dialog*, 39:742-746 (July), 1972.

4

"The Prediction of Dangerousness in Mentally Ill Criminals," *Arch. Gen. Psychiat.*, 27:397-407, 1975. Reprinted as chapter in <u>Violence and Victims,</u> S.A. Pasternak, ed. (New York: Spectrum, 1975), pp. 15-40.

"Some Aspects of the Psychology of Judicial Decision Making," in *Illinois Judicial Administration Newsletter*, 6:1-5, December 1975.

"Psychoanalytic Theory and Criminal Punishment," *Annual of Psychoanalysis*, 11:254-276, 1983

"Ethics, Culture, and Taboos – Organized Psychoanalysis and the Cabernite Affair," *The Psychoanalytic Review*, 92:829-838, 2005

*Book Reviews*

<u>Manual for the Comprehensive Community Health Clinic</u> (J. A. Knight and W.E. Davis, eds.), in Archives of General Psychiatry, 12:629,1965.

<u>Strategies of Mental Health Change</u> (Robert L. Epps et al.), in Archives of General Psychiatry, 14:336, 1966.

<u>A Community Concern: Experiences with Management of Major Mental Illness In the Community</u> (James W. Dykens et al.), in Archives of General Psychiatry, 14:660,1966.

<u>Comprehensive Mental Health: The Challenge of Evaluation</u> (Leigh M. Roberts, N. S. Greenfield and Milton H. Miller, eds.), in Archives of General Psychiatry, 20:608-609,1969.

<u>The Politics of Mental Health</u> (Robert H. Connery et al.), in Archives of General Psychiatry, 20:611-612, 1969

<u>The General Practice of Community Psychiatry</u> (Ralph Crawshaw), in *Archives of General Psychiatry*, 21:638, 1969.

<u>Psychiatry and Community in Nineteenth-Century America,</u> (Ruth B. Kaplan), In Archives of General Psychiatry, 21:761-762, 1969.

<u>Mental Health Research in Asia and the Pacific</u> (Wm. Caudill and Tsung-Yi Lin, eds.), Archives of General Psychiatry, 23:383, 1970.

<u>Training Tomorrow's Psychiatrist: Crisis and Curriculum</u> (Theodore Lidz and Marshall Edelson, eds.), in Contemporary Psychology, 16:214-215, 1971.

<u>Changing Patterns in Psychiatric Care,</u> (Theodore Rothman, ed.), in Contemporary Psychology, 16: 394-396, 1971.

The Meaning of Criminal Insanity. (Herbert Fingarette), in Contemporary Psychology, 18:293-295, 1973.


Selected Academic Lectures

"Problems of Commitment, Therapy and Release, at International and Comparative Conference of Mental Illness and the Law, at Northwestern University School of Law (Chicago), August 2-4, 1967.

"Some Aspects in the Psychology of Judicial Decision-Making," 22d Annual Illinois Judicial Conference, April 1975.

"On the Development of a Sense of Justice," Annual Illinois Associate Judges Seminar, January 1976.

"Psychoanalysis and the Jurisprudence of Child Placement, Lecture Series: Psychoanalytic Perspectives, sponsored by University of Chicago Law School, April 1977.

"On the Relationship Between Text and Audience," response to Stanley J. Coen at American Psychoanalytic Association Meeting (NYC), December 1980.

"Freud's Concept of Narcissism," Lecture Series: Psychoanalytic Theory, Cornell University (Ithaca, NY), February 1980.

"Freud and Women," Lecture Series Germany 1900, sponsored by Department of Germanic Languages and Literature, University of Chicago, May 1984.

"The Death Instinct: Lacan and Derrida," International Conference on Psycho-analysis, Lacan's Legacy: Lessons of the Transference, University of Massachusetts (Amherst), June 14-16, 1985.

"Freud's Interpretation of the Oedipus Myth: Oedipus and Seeing," Lecture Series: Myth and Literature, sponsored by Department of Germanic Languages And Literature, University of Chicago, June 1987.

"Identity: A Psychoanalytic Perspective," University of Chicago, Department of History, Modern European Studies Workshop, December 1989.

"German Romantics and a Psychology of the Self: Tieck, Hoffmann, and Freud," University-wide lecture series sponsored by Department of Germanic Languages and Literatures, University of Chicago, May 1990.

"Individual versus Institutional Ethics: The Dilemma," American College of

"Individual versus Institutional Ethics: The Dilemma," Millennial Lecture,
American College of Psychoanalysts, Thirty-first Annual Meeting, Chicago, May
13, 2000.

"Psychoanalytic Institutions, Psychoanalysis on the Brink of a New Millennium,"
La Sorbonne, Paris, July 9, 2000.

"The Ethics of Psychoanalysis: Can Institutions Go Mad?" International
Federation For Psychoanalytic Education, Chicago, November 3, 2000.

"The Architecture of Death Row," University of Chicago, Midwest Faculty
Seminar: *Capital Punishment and the Limits of Ethics,* April 26, 2001

"Organized Psychoanalysis and the Cabernite Affair," *Ethics, Culture and
Taboos,* International Federation For Psychoanalytic Education, Chicago,
November 7, 2004

"The American Prison System - A Broken Giant – Can It Be Fixed?" The
Contemporary Club of Chicago, January 27, 2006

## Reports

Parole of Mentally Ill Prisoners, to Illinois Parole and Pardon Board, 1965.

Psychiatric Treatment of Prisoners, for Psychiatric Division, Illinois State
Penitentiary (Menard),1968-1969.

Evaluation of Pautuxent Institution (Maryland) Regarding Treatment and Indeter-
minate Sentencing, for Maryland Legislature, 1976.

Treatment Program for Repetitively Violent Offenders for Federal Correctional
Center (Butner, NC), 1977.

Health and Mental Health Programs for Detainees in Cook County Jail, with
J. Cavenaugh and E. Senay, for Federal District Court (ND, IL), 1980.

Programs for Detainees in Cook County Jail, for United States Department
of Justice, 1981.

## Honors

Alpha Omega Alpha (Medical Student Honor Society), University of Chicago,
School of Medicine 1953.

Thirty-Year Service Award, Michael Reese Medical Center, Chicago, 1987.

Pfizer Instructor of the Year, University of Chicago, Department of
Psychiatry, 1994, 1996

Appreciation, Member Board of Directors, Chicago House, 1989-1995,
Honoree 2004

Revised: 10/01/2007

# CURRICULUM VITAE

**Bernard Rubin**                                          **Selected Courses**

01. *The Criminal Law and Psychiatry,* (with Prof. Norval Morris), a 3 hour weekly one quarter course, elective for senior law students with one week experience of living in a public mental hospital, Univ. of Chicago Law School, 1967-1979.

02. *The Fairy Tale and the Emergence of the Self,* (with Prof. Francoise Meltzer), a 3 hour weekly one quarter course for graduate students in comparative literature, French literature, and psychiatric faculty and students (Comp. Lit. 389, Psych. 389), University of Chicago, 1980.

03. *Feminist Theory and Criticism,* (with Prof. Francoise Meltzer), a 3 hour weekly one quarter workshop for graduate students in comparative literature, University of Chicago, 1984.

04. *Law and Psychiatry* (with Dr. Robert Wettstein), a 2 hour weekly one quarter course for PGY II & III psychiatric residents, University of Chicago, 1984, continued from 1985-1991 with only Dr. Rubin, as 1 1/2 hour weekly one quarter course for PGY II residents, and from 1992-2002 as *Ethics, Psychiatry and the Law,* 1 hour weekly one quarter course for PGY II residents

05. *Introduction to Psychodynamic Psychotherapy: Basic Concepts,* a 1 1/2 hour weekly one quarter course for PGY II psychiatric residents, University of Chicago, 1985 & 1987.

06. *Diagnostic Interviewing,* a 3 hours weekly one quarter course for PGY I psychiatric residents, University of Chicago, 1986-1998.

07. *Dreams in Literature,* (with Profs. Manfred Hoppe & Francoise Meltzer), a 3 hour weekly two-quarter course for graduate students in Germanic Studies, Comparative Literature, and Psychiatry, University of Chicago, 1986-1987.

08. *Advanced Diagnostic Interviewing,* (with Dr. Jarl Dyrud), a 2 hour weekly one quarter course for PGY III psychiatric residents, University of Chicago, 1991-1995

09. *Psychoanalysis and Femininity,* (with Prof. Francoise Meltzer), a 3 hour weekly one quarter course for graduate students in comparative literature, and psychiatric residents, University of Chicago, 1992

10. *Psychoanalytic Theories,* (with Dr. Susan Fisher), a 1 1/2 hour weekly one quarter course for PGY IV psychiatric residents, University of Chicago, 1992-1998

11. *Dream Theory and Praxis*, a 2 1/2 hour weekly one quarter course for first year analytic candidates , Wisconsin New Psychoanalytic Training Institute, Milwaukee, 1995

12. *The Experience of Psychoanalysis*, a 3 hour weekly one quarter course, for graduate students in the humanities, GSH 271 University of Chicago, 1997 & 1999

13. *Ethics and Psychoanalysis* (with Dr. Brenda Solomon), a 2 hour biweekly one quarter course for first year analytic candidates, Chicago Institute for Psychoanalysis, 1997-

14. *Moral Theory, Ethics and Psychiatry*, a one hour weekly one quarter course for second year psychiatry residents, Rush Medical College, Department of Psychiatry, Chicago, 2003 -

15. *Moral Philosophy and Ethics*, a one hour weekly one quarter advanced course for senior psychiatry residents and faculty, Rush Medical College, Department of Psychiatry, Chicago, 2003 – 2004

16. *Ethics, Psychoanalysis, and Religion: Freud, Lacan, Levinas, Blanchot*, 3 hour weekly one quarter graduate course (with Professors David Tracy & Francoise Meltzer), THEO 48000 & CMLT 43400, University of Chicago, 2004