# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 CR 753 | **DATE** | 2/28/2008 |
| **CASE TITLE** | United States of America vs. James Hogue | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 5/1/2008 @ 10:00 am.  Time is hereby excluded to 5/1/2008 pursuant to 18:3161(h)(1)(F) X-E.  Defendant's motion to appoint Dr. Rubin is granted [13], [11].

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TSA |
|---|---|---|