UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 07 CR 753 |
| v. | ) | |
| Hogue | ) | Judge Andersen |
| | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                                  Respectfully submitted,

                                  PATRICK J. FITZGERALD
                                  United States Attorney

By:        s:/ Renato T. Mariotti
             Renato T. Mariotti
             Assistant United States Attorney
             219 South Dearborn Street
             Chicago, Illinois 60604
             (312) 886-7855

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ATTORNEY DESIGNATION**

was served on May 23, 2008 in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

By:    s:/ Renato T. Mariotti
       Renato T. Mariotti
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 886-7855